Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: service@kevinglittle.com

Attorneys for Plaintiff Dhillon Express, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DHILLON EXPRESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT LOGISTICS CORP.; JACLYN GILES, <br><br> Defendants. | Case No.: 2:24-cv-00458-CKD <br><br> **STIPULATION AND ORDER MODIFIYING THE PRETRIAL SCHEDULING ORDER** <br><br> Judge:        Hon. Carolyn K. Delaney <br> Dept:         Room 24, 8th Floor <br> Action Filed: February 7, 2024 <br> Trial Date:   TBD |

TO THE HONORABLE COURT:

Plaintiff DHILLON EXPRESS, INC, (hereinafter "Plaintiff"), and Defendants SCOTT LOGISTICS CORP. and JACLYN GILES, (hereinafter "Defendants") (collectively "The Parties"), through their undersigned counsel, hereby stipulate as follows:

## STATEMENT OF GOOD CAUSE

1.    The parties have been proceeding with discovery, while at the same time making good faith efforts to resolve this case informally.

2.    Unfortunately, scheduling conflicts on both sides, both attorneys and counsel, have necessitated rescheduling depositions that have been noticed on both sides.

3.    Expert discovery, for which there is no current start date, should not begin until the depositions of the parties and other key witnesses have been completed.

4.    The Parties are proposing a schedule that will not unduly delay the current case schedule, but which will enable to parties to complete percipient discovery and explore possible settlement further before engaging in potentially unnecessary and costly expert discovery.

5.    Based on these factors, the Parties believe there is good cause to modify the June 18, 2025 Pretrial Scheduling Order (Doc. No. 26), as indicated below.

**STIPULATION**

Extension of the March 20, 2026 non-expert discovery deadline to July 17, 2026;

Setting an expert designation deadline of July 31, 2026;

Setting a rebuttal expert designation deadline of August 14, 2026;

Extension of the July 31, 2026 expert discovery deadline to September 25, 2026; and

Extension of the October 3, 2026 law and motion deadline to November 13, 2026.

IT IS SO STIPULATED.

Dated: February 24, 2026              LAW OFFICE OF KEVIN G. LITTLE

                                      /s/ Kevin G. Little
                                      Kevin G. Little
                                      Attorneys for Plaintiff Dhillon Express, Inc.


Dated: February 24, 2026              WILSON ELSER MOSKOWITZ EDELMAN
                                      & DICKER LLP

                                      /s/ Benjamin Caplan
                                      Hillary Booth
                                      Benjamin Caplan
                                      Attorneys for Defendants Scott Logistics Corp.
                                      and Jaclyn Giles

**ORDER**

The Parties having so stipulated, and good cause appearing therefore, the Court shall modify the operative Pretrial Scheduling Order (Doc. No. 26), as follows:

1.     The March 20, 2026 non-expert discovery deadline is extended to July 17, 2026.

2.     The Court sets an expert designation deadline of July 31, 2026.

3.     The Court sets a rebuttal expert designation deadline of August 14, 2026.

4.     The July 31, 2026 expert discovery deadline is extended to September 25, 2026.

5.     The October 3, 2026 law and motion deadline is extended to November 13, 2026.

IT IS SO ORDERED.

Dated:  February 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

KgL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco