Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: service@kevinglittle.com

Attorneys for Plaintiff Dhillon Express, Inc.

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

DHILLON EXPRESS, INC.,

Plaintiff,

vs.

SCOTT LOGISTICS CORP.; JACLYN GILES,

Defendants.

Case No.: 2:24-cv-00458-CKD

**STIPULATION AND ORDER FOR FURTHER MODIFICATION OF THE PRETRIAL SCHEDULING ORDER (DOC. NO. 30)**

Judge: Hon. Carolyn K. Delaney
Dept: Room 24, 8th Floor
Action Filed: February 7, 2024
Trial Date: TBD

TO THE HONORABLE COURT:

Plaintiff DHILLON EXPRESS, INC, (hereinafter “Plaintiff”), and Defendants SCOTT LOGISTICS CORP. and JACLYN GILES, (hereinafter “Defendants”) (collectively “The Parties”), through their undersigned counsel, hereby stipulate as follows:

**STATEMENT OF GOOD CAUSE**

1. The parties have been substantially completed discovery, and have agreed that it would be in their mutual best interest to delay further discovery while they focus on attempting to resolve this case informally.

2. The parties believe extending the remaining deadlines for approximately one month will permit them to pursue settlement efforts, including a possible judicial settlement conference.

3. The Parties are proposing a modified schedule that will not unduly delay these proceedings, but which will enable to parties to explore possible settlement further before engaging in potentially unnecessary and costly expert discovery.

4. Based on these factors, the Parties believe there is good cause to modify the February 24, 2026, Modified Scheduling Order (Doc. No. 30), as indicated below.

**STIPULATION**

Setting an expert designation deadline of September 11, 2026;

Setting a rebuttal expert designation deadline of October 2, 2026;

Extension of the September 25, 2026 expert discovery deadline to November 13, 2026; and

Extension of the November 13, 2026 law and motion deadline to January 8, 2027.

IT IS SO STIPULATED.

Dated: July 14, 2026

LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little
Attorneys for Plaintiff Dhillon Express, Inc.

Dated: July 14, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Benjamin Caplan*
Hillary Booth
Benjamin Caplan
Attorneys for Defendants Scott Logistics Corp. and Jaclyn Giles

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego

**ORDER**

The Parties having so stipulated, and good cause appearing therefore, the Court shall modify the operative Pretrial Scheduling Order (Doc. No. 30), as follows:

1. The Court sets an expert designation deadline of September 11, 2026.
2. The Court sets a rebuttal expert designation deadline of October 2, 2026.
3. The September 25, 2026 expert discovery deadline is extended to November 13, 2026.
4. November 13, 2026 law and motion deadline is extended to January 8, 2027.

IT IS SO ORDERED.

Dated: July 14, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

KGL
LAW OFFICE OF KEVIN G. LITTLE
Fresno | San Francisco | San Diego